IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEWIS PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:20-cv-62 |
| | ) | |
| v. | ) | JUDGE STEPHANIE L. HAINES |
| | ) | |
| UNITED STATES OF AMERICA c/o | ) | *(Electronic Filing)* |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed with prejudice, each party to bear its own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

TROY RIVETTI
Acting United States Attorney

*Ryan Flaherty*
RYAN M. FLAHERTY, ESQUIRE
Simon & Simon, P.C.
18 Campus Boulevard, Suite 100
Newtown Square, PA 19073
Tel.: (215) 467-4666
Fax: (267) 639-9006
Email: ryanflaherty@gosimon.com
*Counsel for Plaintiff*

/s/ Kezia Taylor
KEZIA O. L. TAYLOR
PA ID No. 203759
Assistant U.S. Attorney
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel.: (412) 894-7567
Fax: (412) 644-6995
Email: kezia.taylor@usdoj.gov
*Counsel for Defendant*

## ORDER

AND NOW, to wit, this 25th day of April, 2023, it is ORDERED that the above-captioned civil action be dismissed with prejudice, each party to bear their own costs.

_____
UNITED STATES DISTRICT JUDGE